# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NB BROTHER CORP., *et al.*, <br><br> Defendants. | Case No.: CV 17-5733-GW(AFMx) <br> *Hon. George Wu Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action without prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: April 2, 2018                            By: _____
                                               GEORGE H. WU,
                                               United States District Judge